# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Rayon Sherwin Payne,

**v.**

US Department of Homeland Security,

**Case No:** 26-5126

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

US Department of Homeland Security

### Counsel Information

**Lead Counsel:** Kenneth A. Adebonojo, Assistant United States Attorney

**Direct Phone:** ( 202 ) 252-2562  **Fax:** (___) ___-___  **Email:** kenneth.adebonojo@usdoj.gov

**2nd Counsel:** Johnny H. Walker, III, Assistant United States Attorney

**Direct Phone:** ( 202 ) 252-2511  **Fax:** (___) ___-___  **Email:** johnny.walker@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (___) ___-___  **Fax:** (___) ___-___  **Email:**

**Firm Name:** United States Attorney's Office for the District of Columbia, Civil Division

**Firm Address:** 601 D Street, N.W., Washington, D.C. 20530

**Firm Phone:** ( 202 ) 252-2500  **Fax:** (___) ___-___  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)