UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RAYON SHERWIN PAYNE,

     Plaintiff-Appellant,

  v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

     Defendant-Appellee.

No. 26-5126
Civ A. No. 25-3186

**MOTION TO ENLARGE TIME TO FILE APPELLEE'S
MOTION FOR SUMMARY AFFIRMANCE**

Appellee, the United States Department of Homeland Security, by and through its undersigned counsel, respectfully moves to extend the current deadline for filing its dispositive motion from June 5, 2026, until August 7, 2026. This is Appellee's first request to extend this deadline. Earlier today, Appellee's counsel attempted to confer with Appellant in the parties' customary manner – via email – but has not received a response as of this filing.

There is good cause to grant the extension. Appellee respectfully requests this enlargement due to the press of deadlines in other cases. The undersigned's full docket of active cases continues to generate a steady stream of deadlines arising from the increase of new case filings

on top of the undersigned already outsized caseload. Some of these recent deadlines have included dispositive motions before this Court.

In addition, the undersigned has accrued a significant amount of "use or lose" leave from lack of use during the year due to workload. The undersigned has been approved to use this leave combined with annual leave starting next week until the second week of January next year. Thus, the undersigned will be on leave during a substantial part of the requested enlargement.

In addition, undersigned has some previously approved leave that he intends to take late next month into July. Thereafter, the undersigned anticipates completing Appellee's dispositive motion and submitting it for the Civil Division's appellate staff's review and comment. Appellee respectfully proposes this enlargement in good faith and not for the purpose of delay. Granting the requested extension will neither unfairly prejudice Appellant nor impact any other deadlines.

WHEREFORE, Appellee respectfully requests that this motion be granted, and that the Court extend the dispositive motion until August 7, 2026.

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Kenneth A. Adebonojo*

KENNETH A. ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov

*Attorneys for the United States of America*

Dated: May 28, 2026

## <u>CERTIFICATE OF SERVICE</u>

I certify that today, May 28, 2026, the foregoing has been served on

the appellant by mailing it to the following address:

Rayon Sherwin Payne
8815 Conroy Windermere Rd
Orlando, FL 32835

*/s/ Kenneth A. Adebonojo*
KENNETH A. ADEBONOJO
Assistant United States Attorney

- 4 -