UNITED STATES COURT OF APPEAL
FOR THE District OF COLUMBIA Circuit.

RAYON PAYNE
APPELLANT,

v.

U.S. DEPT. OF. HOMELAND SEC.
APPELLEE.

CASE # 26-5126

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 17 2026

RECEIVED

MOTION FOR REQUEST APPOINTMENT OF
COUNSEL IN THE ABOVE APPEAL.

COMES NOW RAYON PAYNE, APPELLANT IN THE ABOVE CAUSE MOVE
THIS COURT FOR AN ORDER FOR APPOINTMENT OF COUNSEL, AND
STATES THE FOLLOWING;

(1) ON MARCH 4, 2026, APPELLANT WAS ARRESTED BY THE APPELLEE
AND PLACED IN IMMIGRATION REMOVAL PROCEEDINGS, AND HE'S
CURRENTLY DETAINED AT THE FDC MIAMI / FEDERAL DETENTION
CENTER WITH LIMITED ACCESS TO THE COURTS.

(2) THE CURRENT APPEAL BEFORE THIS COURT INVOLVED APPELLANT'S
REQUEST FOR ACCESS TO HIS A-FILE VIA "FIOA LAWSUIT"
DOCUMENTS WHICH THE APPELLEE (DEPT. OF HOMELAND SEC.) HAS
CONCEALED FROM APPELLANT.

(3) BECAUSE APPELLANT IS CURRENTLY DETAINED WITH LIMITED
ACCESS TO THE COURTS HE CANNOT MEANFULLY MEET DEADLINES
TO FILE MOTIONS IN A TIMELY MANNER.

(1)

④ APPELLANT IS CURRENTLY IN IMMIGRATION REMOVAL PROCEEDINGS AND THE APPELLEE HAS CONCEALED DOCUMENTS FROM THE APPELLANT AND THE COURT HERE IN THE IMMIGRATION MATTERS AND IN A PENDING WRIT OF HABAES CORPUS SEE CASE # 1:26-CV-23021-DID IN THE SOUTHERN DISTRICT OF FLORIDA.

⑤ THE PENDING CARE BEFORE THIS COURT IS COMPLEX AND SINCE THE OTHER PARTY IS THE GOVERNMENT OF THE UNITED STATES APPLEANT REQUEST AN APPOINTMENT OF COUNSEL FOR THE REASONS EXPRESS ABOVE.

WHEREFORE APPELLANT RESPECTFULLY ASK THIS COURT FOR AN APPOINMENT OF COUNSEL IN THE ABOVE MATTER.

DATE: 7/8/2026

RESPECTFULLY.

RAYON PAYNE

NOTICE TO CLERK.

CAN THE CLERK PLEASE SERVED THE APPELLEE WITH THIS MOTION, BECAUSE APPELLANT IS CURRENTLY DETAINED WITH LIMITED ACCESS TO THE COURT, AND I KINDLY AS THAT YOU PLEASE SERVED THE APPELLEE.

THX YOU

②

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RAYON PAYNE
    APPELLANT

    V.                            CASE # 26-5126

U.S. DEPT. OF HOMELAND SEC.
    APPELLEE.

CERTIFICATE OF SERVICE

I FILE THE CERTIFICATE REQUESTING THAT THE CLERK OF COURT SERVED THE APPELLEE WITH A COPY OF WITH MY MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS. THE APPELLANT IS CURRENTLY DETAINED BY APPELLEE IN MIAMI AT FDC MIAMI.

DATE: 7/8/2026

RESPECTFULLY.

RAYON PAYNE.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 17 2026

**RECEIVED**