UNITED STATES APPEAL COURT
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE
    Appellant,

v.

                            Case # 26-5126

DEPT. OF HOMELAND SEC.
    Appellee
_____/

### NOTICE TO CLERK AND PARTIES

COMES NOW Rayon Payne, file this motion to inform the Clerk and all interested Parties in the above cause on filing a NOTICE TO APPEAR to served him with all orders and pleading at **233 Wyona St. Brooklyn NY 11207**, and states the following;

1) The Plaintiff is currently detained and has limited access to Courts and his legal mail in a timely manner, by serving Plaintiff at **233 Wyona St. Brooklyn NY 11207**, will insure that he get his legal mail without any delay.

### CERTIFICATE OF SERVICE

Plaintiff ask that the Clerk of the Court served this NOTCE on all parties who has filed a notice in the above cause because of him limited access to the court.

Date: 7 / 24 / 2026

_____

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 30 2026

RECEIVED

Rayon Payne # A041-189-506
Krome Spc
18201 SW 12th St
Miami Fl 33194

1

RAYON PAYNE # A04-189-506
KROME SPC
18201 SW 12th St
Miami FL 33194

USCA Case #26-5126    Document #2186187    Filed: 07/30/2026    Page 2 of 2

MIAMI FL
27 JUL 2026

PRESORTED FIRST CLASS MAIL
PENALTY FOR
PRIVATE USE
$300

US POSTAGE
$000.78

First-Class - IMI

OMAS                    ZIP 33194
07/27/2026
036B 0011830653

U.S. Court of Appeal
333 Constitution Av. N.W
Washington D.C. 20001

20001-286699