UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

SEP 23 2026

RECEIVED

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**Rayon Sherwin Payne,**
Appellant

v. Case No. 26-5126

**Department of Homeland Security,**
Apellee.

## APPELLANT'S MOTION FOR JUDICIAL NOTICE OF RELATED PROCEEDINGS

### I. Relief Requested

Appellant Rayon Sherwin Payne, proceeding pro se and in forma pauperis, respectfully moves this Court to take judicial notice of two related proceedings pending in the United States District Court for the Southern District of Florida and to note the government's inconsistent use of the same records that are the subject of this FOIA appeal.

### II. Background

1. This appeal arises from the district court's dismissal without prejudice of Payne v. DHS, No. 1:25-cv-03186 (D.D.C.), a Freedom of Information Act action seeking the administrative file underlying the denial of Appellant's naturalization application.

2. On December 23, 2023, U.S. Citizenship and Immigration Services denied Appellant's N-400 application, citing a felony conviction that had been overturned.

3. While this FOIA action was pending, the government commenced removal proceedings against Appellant on March 4, 2026, and detained him. The same Department of Homeland Security that withheld the A-file in this case used the contents of that file to justify custody.

4. In the Southern District of Florida, the government has now placed those same records into the federal record in two live cases: Payne v. DHS, No. 1:26-cv-23021 (S.D. Fla.) (habeas), and Payne v. DHS, No. 1:26-cv-24567 (S.D. Fla.) (naturalization review under 8 U.S.C. § 1447(b)).

5. In the naturalization case, the government attached the N-400 decision and a FOIA response as exhibits opposing preliminary injunctive relief. In the habeas case, the government filed I-213 forms dated March 4, 2026 and July 30, 2003, a 2003 Notice to Appear, 2004–2005 immigration judge and BIA orders, and a July 1, 2026 immigration judge written decision.

6. On May 6, 2026, USCIS denied reopening of the N-400. That decision was never served on Appellant, who was in ICE custody at the time.

## III. Argument

The United States is bound by its own exhibits. The same agency that told this Court the FOIA case was properly dismissed has now used the unproduced file to detain Appellant and to litigate two cases in Miami. The government cannot treat the A-file as both secret and conclusive.

This Court may take judicial notice of the dockets and filings in 1:26-cv-23021 and 1:26-cv-24567 under Federal Rule of Evidence 201, as matters of public record whose accuracy cannot reasonably be questioned. See Dupree v. Jefferson, 668 F.2d 606 (D.C. Cir. 1981).

## IV. Requested Relief

Appellant requests that this Court:

(a) take judicial notice of the dockets and relevant filings in Payne v. DHS, Nos. 1:26-cv-23021 and 1:26-cv-24567 (S.D. Fla.);

(b) note that the government used the records at issue in this FOIA appeal to commence removal proceedings and to litigate both Southern District cases;

(c) consider this shared record in resolving the appeal; and

(d) grant such other relief as the Court deems just.

Dated: September 21, 2026
Respectfully submitted,

Rayon Sherwin Payne
233 Wyona St. #2
Brooklyn, NY 11230

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026 I caused a true and correct copy of the foregoing petition to be served by U.S. Mail, postage prepaid and emailed to:

Derrick A. Petit
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530
Email: derrick.petit@usdoj.gov

Rayon Sherwin Payne, Pro Se

R. Payne
233 Wyona St
#2
Brooklyn NY 11207

9589 0710 5270 4246 7059 00

MID-
21 SE

Retail

UNITED STATES POSTAL SERVICE

20001

RDC 99

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY 11207
SEP 21, 2026

$6.37

S2324M506170-18

US. Court of Appeals
for District of Columbia
Circuit
333. Constitutional Ave N.W.
Washington, DC 20001-2866

20001$2866 C003