# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5126** **September Term, 2026**

**1:25-cv-03186-ACR**

**Filed On: September 29, 2026**

Rayon Sherwin Payne,

Appellant

v.

United States Department of Homeland Security,

Appellee

**O R D E R**

Upon consideration of appellant's notice, and it appearing that he did not receive appellee's motion for summary affirmance, it is

**ORDERED** that the appellant's response to the motion for summary affirmance is now due October 29, 2026. Failure by appellant to comply with this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order and the motion for summary affirmance to appellant by email and regular mail.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

Attachments:
Copy of motion for summary affirmance filed 8/10/2026