# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

September 29, 2026

General Information
(202) 216-7000

Warden (Krome)
Krome Service Processing Center
ICE Prison
18201 SW 12th Street
Miami, FL 33194

Re: 26-5126 Rayon Payne v. DHS

Dear Warden:

Enclosed is an order from the court filed in a case pending before this court, addressed to Rayon Sherwin Payne, A-041-189-506, a resident of your facility. Your cooperation in delivering the document and obtaining an acknowledgment of receipt would be greatly appreciated.

If the addressee is no longer at your facility or has refused to acknowledge receipt, or if your facility's rules do not permit you to assist the court in obtaining an acknowledgment, please follow the instructions on the attached sheet entitled "Instructions to the Warden." Whether or not you are able to assist the court in obtaining an acknowledgment, please treat the enclosed as special legal mail pursuant to 28 C.F.R. §§ 540.2(c), 540.18 and 540.19, or applicable state regulations.

Please have addressee acknowledge receipt by signing below and returning this letter in the envelope provided. Thank you very much for your assistance.

Very truly yours,
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

Receipt Acknowledged:

______________________________ ______________________

(Signature of Appellant) (Date)

Attachment:
Instructions to Warden