UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
OCT 13 2026
RECEIVED

UNITED STATE CIRCUIT COURT OF APPEAL
FOR THE DISTRICT OF COLUMBIA

RAYON PAYNE
Appellant,

v.

Case # 26-5126
LT# 1:25-cv-03186-ACR

U.S. DEPT. OF HOMELAND SEC.
Appellee,
_______________________________/

**APPELLANT'S RESPONSE TO THE COURT'S ORDER REGARDINGS TO APPELLEE MOTION FOR SUMMARY AFFIRMANCE**

COMES NOW Rayon Payne, Appellant, in the above cause appearing Pro Se, files his Response in compliance with the Court's September 29, 2026, order. I state the following;

1. The Appellant was never served with Appellee's Motion for Summary Affirmance, and therefore cannot address its content. Due Process requires notice reasonably under all circumstances to apprise Appellant of the action to afford him an opportunity to present objection to its content. See *Jones v. Flowers*, 547 U.S. 220, 226, 126 S. Ct. 1708, 164 Led. 2d 415 (2006).
2. The Appellant has been detained by Appellee since March 4, 2026, in Immigration removal proceedings, and Appellant also sent a Notice on about July 30, 2026, to this Court and all parties of record regarding his detention.

3. Last this Court has served Appellant an order in a related case #25-5355, dated September 30, 2026, at Krome SPC. 18201 SW 12th St., Miami Fl 33194.

WHEREFORE Appellant requests the following from the Court;

A. Appellant request expedite briefing in this case because it relates to FOIA seeking access to his Immigration A-File to adjudicate his N-400 Naturalization application and his current unlawful Immigration detention;

B. Order Appellee to server Appellant at Krome SPC. 18201 SW 12th St., Miami Fl 33194, with all filing they've made in this case and does certified mail and filed a certificate of compliance with the Court;

C. Appellant ask for an Stay for the Court to rule on the pending motion for appointment of counsel;

D. In the event the Court deny the motion for appointment of counsel Appellant request an extension for 21 days from the date the denial of the motion and request the Court direct the Clerk to serve him a copy the record from the District Court;

E. Order the Appellee not transfer Appellant from Krome SPC (Southern District of Florida) and accommodate him appropriate access to the no

less than 2 hours no more than 3 hours daily to research and prepare his response;

F. Appellant ask the Court grant any other relief deem just.

Date: 10/7/2026

Respectfully,

Rayon Payne #041-189-506
Krome SPC
18201 SW 12th St
Miami Fl 33194

**NOTICE TO CLERK**

The Appellant is currently detained at and don't have the Appellee attorneys information to formally served them, I kindly ask that the Clerk of this court served the Appellee with this motion.

Date: 10/7/2026

Respectfully,

Rayon Payne #041-189-506

Rayon Payne #041-189-506
Krome SPC
18201 SW 12th st
Miami FL 33194

MIAMI FL 330
8 OCT 2026 PM 5 L

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300

US POSTAGE
$000.78º
First-Class - IMI
OMAS
ZIP 33194
10/07/2026
036B 0011830653

U.S. Court of Appeal.
Attn: Clerk of Court
333 Constitution Av. N.W.
Washington D.C. 20001.

20001-289999