**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**RAYON SHERWIN PAYNE,**
*Petitioner/Appellant,*

**V. Case No. 26-5126**

**DEPARTMENT OF HOMELAND SECURITY, ET AL.,**
*Respondents/Appellees.*

# APPELLANT'S FORMAL NOTICE OF INTENT TO EXPEDITE SYSTEMIC DUE PROCESS PARADOX TO THE SUPREME COURT OF THE UNITED STATES PURSUANT TO SUPREME COURT RULE 11

**(Related cases 25-5349 & 25-5355)**

Appellant Rayon Sherwin Payne hereby submits this Formal Notice to the Court, all active circuit judges, and counsel for the Government. Take Notice that Appellant is actively escalating these proceedings to the **Supreme Court of the United States** via a **Petition for Writ of Certiorari Before Judgment** under **28 U.S.C. § 1254(1)** and **Supreme Court Rule 11**.

This Notice breaks down and exposes the absolute, structural due process paradox engineered "in black and white" across this Court's dockets, which has effectively stripped a detained citizen-applicant of his constitutional right to appellate review.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT 27 2026

RECEIVED

## I. THE MANDATED RECONCILIATION OF THE "CATCH-22" TRAP

The active public records of the D.C. Circuit establish a circular trap overseen by overlapping panel assignments—specifically involving **Judge Justin R. Walker** and **Judge J. Michelle Childs**—that functions by design to insulate lower court and agency actions from any judicial oversight:

[ROOM A: MANDAMUS DOCKET 25-5349]

Order Issued: January 29, 2026

Holding: "Mandamus is DENIED because standard appellate remedies exist."

|

▼ (Appellant follows instructions and files standard appeal)

[ROOM B: APPEAL DOCKET 25-5355]

Order Issued: April 30, 2026

Holding: "Appeal is DENIED. This issue can ONLY be reviewed by Mandamus."

|

▼ (The Loop Closes)

The Court uses Docket A to destroy Docket B, and Docket B to destroy Docket A.

This chronological loop is a structural failure of due process under the Fifth Amendment. On April 30, 2026, the panel directed Appellant to use a legal vehicle that the exact same judges had already permanently denied him three months prior on January 29, 2026.

## II. THE CROSS-JURISDICTIONAL SYSTEMIC COLLAPSE

This procedural block does not exist in a vacuum. It is being weaponized across multiple federal agencies to facilitate the unlawful deportation and mandatory detention of Appellant:

1. **USCIS Malfeasance:** USCIS denied Appellant's N-400 Naturalization application by explicitly relying on a felony conviction that has been **officially overturned**—a fact the Government has already admitted to on the record in ***Payne v. DHS*, Southern District of Florida Case No. 1:26-cv-24567**.
2. **DHS Bad-Faith Detention:** DHS is actively keeping Appellant detained and pursuing removal in ***Payne v. DHS*, Southern District of Florida Case No. 1:26-cv-23021**, while deliberately withholding his mandatory immigration file in direct violation of ***Dent v. Holder*, 627 F.3d 365 (9th Cir.)**.

3. **Appellate Shielding:** When Appellant filed the instant FOIA appeal (**Case No. 26-5126**) to legally compel the production of the records being hidden from him, this Court deployed its panel loop to stop the case from ever being heard. Now, the Appellee is attempting to force a summary dismissal on October 29, 2026, using pleadings they **never legally served** upon Appellant inside his detention facility.

## CONCLUSION

Because this Court's procedural machinery has fundamentally broken down, and because individual panels have constructed an unconstitutional barrier to the courts, an independent judgment by this Court is impossible. Appellant is bypassing this engineered paradox and escalating jurisdiction over active Case No. 26-5126 directly to the Supreme Court of the United States. This Court must stay all active deadlines immediately and hold all three dockets in abeyance pending the Supreme Court's determination.

Dated: October 22, 2026

Respectfully submitted,

**/s/ Rayon Sherwin Payne**
*Pro Se Appellant / Petitioner*
A-041-189-506
Khrome Processing Center
18201 SW 12th St
Miami, FL 33194
Email: RSPLegalDoc@Gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I served a true and correct copy of the foregoing Formal Notice via the court's CM/ECF system (or via First-Class Mail, postage prepaid) upon all counsel of record for the Respondents/Appellees.

**/s/ Rayon Sherwin Payne**
*Pro Se Appellant / Petitioner*